# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TAJ VERNE BENFORD, ) | |
| ) | Case No. 3:22-cv-408 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| KNOX COUNTY SHERIFF'S OFFICE, ) | |
| TOM SPANGLER, BERNIE LYON, ) | |
| MIKE RUBLE, DAVID AMBURN, ) | |
| BRANDON WORKMAN, WES NORRIS, ) | |
| BRENT GIBSON, WILLIAM PURVIS, ) | |
| and TODD COOK ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT